UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lutskan Dimitrov Lutskanov,                                  Civ. No. 16-3775 (SRN/LIB)

             Plaintiff,

vs.                                                                                  **ORDER**

Bulgaria,

             Defendant.

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Plaintiff Lutskan Dimitrov Lutskanov's application to proceed in forma pauperis [Docket No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED.**

                                                          BY THE COURT:

DATED: November 28, 2016                s/Susan Richard Nelson
                                                       SUSAN RICHARD NELSON
                                                       United States District Judge